**ORIGINAL**

1  SEYFARTH SHAW LLP
   Kari Erickson Levine (State Bar No. 146101)
2  Andrew M. McNaught (State Bar No. 209093)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   UNITED AIR LINES, INC.

**E-filing**

**FILED**

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

**EDL**

| ALLAN GALLAGHER, | ) Case No. CV 08-3235 |
| Plaintiff, | ) NOTICE OF INTERESTED PARTIES |
| v. | ) (San Francisco Superior Court Case No.: CGC08-475459) |
| UNITED AIR LINES, INC., and DOES 1 to 10, inclusive, | ) |
| Defendant. | ) |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendant United Airlines, Inc. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Interested Parties:

1. Allan Gallagher – Plaintiff.

2. United Air Lines, Inc. – Defendant.

1

Notice of Interested Parties

1  3.  UAL Corporation. – Parent Company of Defendant.

5  DATED: July 3, 2008                             SEYFARTH SHAW LLP

7                                                  By _____
                                                      Kari Erickson Levine
8                                                     Andrew M. McNaught

9                                                  Attorneys for Defendant
                                                   UNITED AIR LINES, INC.