1  SEYFARTH SHAW LLP
   Kari Erickson Levine (State Bar No. 146101)
2  Andrew M. McNaught (State Bar No. 209093)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   UNITED AIR LINES, INC.
6

7

8

9                    UNITED STATES DISTRICT COURT

10           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  ALLAN GALLAGHER,                  )   Case No. CV 08-3235
                                      )
13          Plaintiff,                )   **CERTIFICATE OF SERVICE RE**
                                      )   **NOTICE OF REMOVAL TO THE**
14      v.                            )   **UNITED STATES DISTRICT COURT**
                                      )   **FOR THE NORTHERN DISTRICT OF**
15  UNITED AIR LINES, INC., and DOES 1 to 10, )   **CALIFORNIA**
    inclusive,                        )
16                                    )
            Defendant.                )
17                                    )

18

19

20

21

22

23

24

25

26

27

28

---

2
Certificate of Service / Case No. CV 08-3235

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On July 7, 2008, I caused the within documents to be served:

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF INTERESTED PARTIES**

**NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL TO THE UNITED STATES DISTRICT COURT**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER [MAGISTRATE JUDGE ELIZABETH D. LAPORTE; STANDING ORDER RE CASE MANAGEMENT CONFERENCE**

**U.S. DISTRICT COURT NORTHERN CALIFORNIA - ECF REGISTRATION INFORMATION HANDOUT**

**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**

☐ I sent such document from facsimile machine (415) 397-8549 on July 7, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ by causing the document(s) listed above to be hand delivered to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

1  Kathleen A. McCormac
   James R. Grant
2  McCormac & Associates
   655 Montgomery Street Suite 1200
3  San Francisco, CA 94111
   Tel: (415) 399-1722
4  Fax: (415) 399-1733

5      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on July 7, 2008, at San Francisco, California.

_____
Mayela E. Brown