SEYFARTH SHAW LLP
Kari Erickson Levine (SBN 146101) klevine@seyfarth.com
Andrew M. McNaught (SBN 209093) amcnaught@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
UNITED AIR LINES, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN GALLAGHER<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED AIR LINES, INC., and DOES 1 to 10, inclusive<br><br>    Defendant. | Case No. CV 08-3235 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>**AND**<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: July 8, 2008                                SEYFARTH SHAW LLP

                                                   By_____
                                                      Kari E. Levine
                                                      Andrew M. McNaught
                                                   Attorneys for Defendant
                                                   UNITED AIR LINES, INC.

SF1 28328116.1 / 59000-000028