**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————
www.cand.uscourts.gov

Richard W. Wieking    General Court Number
Clerk    415.522.2000

**July 9, 2008**

**CASE NUMBER:  CV 08-03235 EDL**
**CASE TITLE:  ALLAN GALLAGHER-v-UNITED AIR LINES INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable MAXINE M. CHESNEY**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/9/08

FOR THE EXECUTIVE COMMITTEE:

_____
                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies    Special Projects
Log Book Noted    Entered in Computer 7/9/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel    Transferor CSA